No. 1036. MYERS *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1053. KRECHEVSKY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Aaron L. Gersten* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Edward Fenig* for the United States.

No. 1056. CITY OF JACKSONVILLE *v.* SCHUMANN ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. *Claude L. Mullis, Sr.,* and *William Lee Allen* for petitioner. *John S. Duss* for Schumann et al., and *W. D. Jones, Jr.,* for Brain et al., respondents.

No. 1073. HALDANE *v.* CHAGNON ET AL. C. A. 9th Cir. Certiorari denied. *Joseph W. Jarrett* for respondents Chagnon et al., and *Donald W. Rees* for respondent Thompson.

No. 1086. MALINOU, PUBLIC ADMINISTRATOR *v.* KIERNAN, PUBLIC ADMINISTRATOR, ET AL. Sup. Ct. R. I. Certiorari denied. *Martin Malinou,* petitioner, *pro se. Bernard W. Boyer* and *Leonard A. Kiernan, Jr., pro se,* for respondent Kiernan.

No. 1025. COINER, WARDEN *v.* SHEAR. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted and the case set down for oral argument. *C. Donald Robertson,* Attorney General of West Virginia, and *Leo Catsonis* and *Morton I. Taber,* Assistant Attorneys General, for petitioner.